WAWD - Praecipe (Revised 2/13/13)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Robert Russell, individually,

    Plaintiff(s),

v.

Joseph Samec, individually,
Sean Bishop, individually, and
Does 1 - 10

    Defendant(s).

Case No. 2:20-cv-00263

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Please issue a Subpoena for:
Facebook
Instagram
Singh, Singh & Trauben LLP

May 22, 2020
Dated

*/s/ Joseph Samec*
Sign or use an "/s/" and your name

Joseph Samec
838 N. Charter Dr.
Covina Ca 91724
626-482-6173
josephsamec5@gmail.com

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**    Page 1 of 1