UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT RUSSELL,

        Plaintiff,

v.

JOSEPH SAMEC, *et al.*,

        Defendants.

CASE NO. 2:20-cv-00263-RSM-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. The motion to vacate the entry of default against defendant Bishop is granted. *See* Dkt. 32.

(2) A copy of this Order shall be sent to Judge Creatura and to defendant Bishop.

DATED this 23rd day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE