UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT RUSSELL,

    Plaintiff,

v.

JOSEPH SAMEC, *et al.*,

    Defendants.

CASE NO. 2:20-cv-00263-RSM-JRC

ORDER FOR SUPPLEMENTAL BRIEFING

    This matter is before the Court on plaintiff's motion for a preliminary injunction restraining defendant Joseph Samec from "continuing to publish or republish" 12 images that defendant Samec has allegedly created and/or shared on social media. *See* Dkt. 24; Dkt. 24-1, at 1–2. The injunction sought would also enjoin defendant Samec from continuing to publish or republish any substantially similar materials. *See* Dkt. 24-1, at 2.

    Having considered plaintiff's motion and the relevant record, the undersigned finds that supplemental briefing is necessary before the motion for preliminary injunctive relief can be

1  decided.  Therefore, the Court requires plaintiff to provide a supplemental brief addressing the

2  following matter:

3   Whether the preliminary injunction sought is an unconstitutional prior restraint on speech.

4

5  Plaintiff shall file a supplemental brief not to exceed **five** pages and addressing this issue

6  on or before **July 17, 2020**.  Defendant Samec may file a supplemental answer not to exceed **five**

7  pages and directed to the same issue on or before **August 7, 2020**.  The preliminary injunction

8  motion (Dkt. 24) is renoted for the Court's consideration on August 7, 2020.

9  Dated this 1st day of July, 2020.

J. Richard Creatura
United States Magistrate Judge