UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT RUSSELL,

                    Plaintiff,

          v.

JOSEPH SAMEC, *et al.*,

                    Defendants.

CASE NO. 2:20-cv-00263-RSM-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

Richard Creatura, objections to the Report and Recommendation, if any, and the remaining

record, does hereby find and ORDER:

          (1) The Court adopts the Report and Recommendation.  Defendant Bishop's motion to

dismiss (Dkt. 15) is denied as moot.

          (2) A copy of this Order shall be sent to Judge Creatura and to defendants.

DATED this 29th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE