UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT RUSSELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH SAMEC, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-00263-RSM-JRC<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. Defendant Bishop's motion to dismiss (Dkt. 61) is denied.

(2) A copy of this Order shall be sent to Judge Creatura and to defendants.

Dated this 1st day of December, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE