UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT RUSSELL,

                Plaintiff,

   v.

JOSEPH SAMEC,

                Defendant.

CASE NO. 2:20-cv-00263-RSM-JRC

ORDER TO SHOW CAUSE

    This matter is before the Court *sua sponte*. The docket in this matter indicates that plaintiff is currently represented by three attorneys: Robert P. Zuanich and Brian Christopher Zuanich of Zuanich Law, PLLC, and Teva F. Sempel of Buchalter, PC. Plaintiff was also formerly represented by Bradley P. Thoreson of Buchalter, PC. However, Mr. Thoreson filed a notice of withdrawal in March 2021 and the Zuanich Law, PLLC, attorneys appeared for plaintiff. *See* Dkts. 71, 72.

    It is unclear whether Ms. Sempel continues to represent plaintiff. Notably, Brian Zuanich has filed a notice of withdrawal on behalf of the Zuanich Law, PLLC, attorneys that suggests that

ORDER TO SHOW CAUSE - 1

plaintiff will be left *pro se*. However, Ms. Sempel remains an attorney of record representing plaintiff, according to the docket in this matter.

Therefore, for clarification of plaintiff's representation in this matter, the Court orders Ms. Sempel to file a pleading in this matter on or before August 6, 2021, indicating whether Ms. Sempel continues to represent plaintiff in this matter. If Ms. Sempel no longer represents plaintiff, she shall explain how she complied with LCR 83.2 to effect her withdrawal. Ms. Sempel may also comply with this Order by filing an appropriate notice or motion under LCR 83.2 to effect her withdrawal. The Court separately observes that it declines to rule or issue a Report and Recommendation on any pending motions in this case until this order to show cause has been satisfied.

Dated this 19th day of July, 2021.

J. Richard Creatura
Chief United States Magistrate Judge