UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT RUSSELL,

        Plaintiff,

   v.

JOSEPH SAMEC,

        Defendant.

CASE NO. 2:20-cv-00263-RSM-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.  The motion to voluntarily dismiss (Dkt. 79) is granted, and the remaining claims in this matter (those raised against defendant Samec) are dismissed without prejudice.  The Court REFERS this matter back to Judge Creatura for consideration of the pending Motion for Sanctions, Dkt. #94.

(2) A copy of this Order shall be sent to Judge Creatura.

DATED this 21st day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2